**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, Esq. (SBN 285678)
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON WOODARD, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>OPENAI, INC., MIXPANEL, INC.,<br>        Defendants. | Case No.: 3:25-cv-10301-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), JON WOODARD ("Plaintiff") hereby gives notice that his claims in this action against Defendants OPENAI, INC. and MIXPANEL, INC., ("Defendants") are voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 8, 2026

By: */s/ Daniel Srourian*
**SROURIAN LAW FIRM, P.C.**
Daniel Srourian (SBN 285678)
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com